# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JOHN BRYANT,**

      **Plaintiff,**

v.                                                                  Case No: 6:21-cv-1837-PGB-GJK

**SPINNAKER RESORTS, INC.
and KING'S CREEK
PLANTATION, LLC,**

      **Defendants.**
_____/

## ORDER

This cause comes before the Court on Plaintiff's Notice of Dismissal. (Doc. 8). Plaintiff advises that he dismisses the claims pursued against Defendant King's Creek Plantation, LLC ("**King**"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff's notice of voluntary dismissal is self-executing and was immediately effective upon filing. *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam). Plaintiff's claims against Defendant King are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate Defendant King from the file.

**DONE AND ORDERED** in Orlando, Florida on November 18, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties